**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Santana**<br>First Name<br>**Torres**<br>Middle Name<br>**Hiracheta**<br>Last Name<br><br>Suffix (Sr., Jr., II, III) | **Connie**<br>First Name<br>**Jean**<br>Middle Name<br>**Hiracheta**<br>Last Name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First Name<br><br>Middle Name<br><br>Last Name | **Connie**<br>First Name<br>**Jean**<br>Middle Name<br>**Villarreal**<br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _6_ _5_ _3_ _5_<br><br>OR<br><br>**9xx** – xx – ____ ____ ____ ____ | xxx – xx – _3_ _8_ _7_ _3_<br><br>OR<br><br>**9xx** – xx – ____ ____ ____ ____ |

Debtor 1  **Santana Torres Hiracheta**

Debtor 2  **Connie Jean Hiracheta**                                        Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

**5.  Where you live**

**1302 4th St.**
_____
Number    Street

_____

_____

**Rosenberg          TX     77471**
City               State   ZIP Code

**Fort Bend**
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City               State   ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____

_____
City               State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City               State   ZIP Code

**6.  Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**                                    Case number (if known) _____

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

| | | | |
|---|---|---|---|
| District | _____ | When _____ <br> MM / DD / YYYY | Case number _____ |
| District | _____ | When _____ <br> MM / DD / YYYY | Case number _____ |
| District | _____ | When _____ <br> MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| | | |
|---|---|---|
| Debtor | _____ | Relationship to you _____ |
| District | _____ | When _____ <br> MM / DD / YYYY    Case number, if known _____ |

| | | |
|---|---|---|
| Debtor | _____ | Relationship to you _____ |
| District | _____ | When _____ <br> MM / DD / YYYY    Case number, if known _____ |

**11. Do you rent your residence?**

☐ No.   Go to line 12.
☑ Yes.   Has your landlord obtained an eviction judgment against you?

☑ No.   Go to line 12.
☐ Yes.   Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Santana Torres Hiracheta** | | |
|---|---|---|---|
| Debtor 2 | **Connie Jean Hiracheta** | Case number (if known) | |

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12.  Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____  _____  _____
City                          State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a  *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:  Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?  _____
                        Number     Street

_____

_____  _____  _____
City                          State    ZIP Code

Debtor 1    **Santana Torres Hiracheta**

Debtor 2    **Connie Jean Hiracheta**                                            Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Santana Torres Hiracheta**

Debtor 2    **Connie Jean Hiracheta**                                        Case number (if known) _____

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☒ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☒ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1   **Santana Torres Hiracheta**

Debtor 2   **Connie Jean Hiracheta**                                          Case number (if known) _____

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Santana Torres Hiracheta**               X **/s/ Connie Jean Hiracheta**
Santana Torres Hiracheta, Debtor 1                Connie Jean Hiracheta, Debtor 2

Executed on **05/15/2019**                        Executed on **05/15/2019**
MM / DD / YYYY                                     MM / DD / YYYY

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**                                          Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Alex Olmedo Acosta** _____          Date **05/15/2019** _____
    Signature of Attorney for Debtor                                                    MM / DD / YYYY

**Alex Olmedo Acosta** _____
Printed name

**Acosta Law P.C.** _____
Firm Name

**One Northwest Centre** _____
Number          Street

**13831 Noethwest Freeway Suite 400** _____

_____

**Houston** _____ **TX**          **77040** _____
City                                                State        ZIP Code

Contact phone   **(713) 980-9014** _____    Email address **alex@theacostalawfirm.com** _____

**00798021** _____ **TX** _____
Bar number                                          State

| **Fill in this information to identify your case and this filing:** | | | |
|---|---|---|---|
| Debtor 1 | **Santana** | **Torres** | **Hiracheta** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Connie** | **Jean** | **Hiracheta** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any
   entries for pages you have attached for Part 1. Write that number here.............................. ➔ | **$0.00** |

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Dodge** | Check one. | | |
| Model: | **Caravan** | ☐ Debtor 1 only | | |
| Year: | **2002** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | **214,000** | ☑ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | **$200.00** | **$200.00** |
| **2002 Dodge Caravan (approx. 214,000 miles)** | | ☑ Check if this is community property (see instructions) | | |

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Dodge** | Check one. | | |
| Model: | **Caravan** | ☐ Debtor 1 only | | |
| Year: | **2002** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | **90,000** | ☑ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | **$775.00** | **$775.00** |
| **2002 Dodge Caravan (approx. 90,000 miles)** | | ☑ Check if this is community property (see instructions) | | |

Debtor 1    **Santana Torres Hiracheta**

Debtor 2    **Connie Jean Hiracheta**                                    Case number (if known) _____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☒ No
    ☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2. Write that number here.........................................➔ | **$975.00** |

| Part 3: | **Describe Your Personal and Household Items** |

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☒ Yes. Describe.....  **See continuation page(s).**                                    $1,420.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
    music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☒ Yes. Describe.....  **See continuation page(s).**                                    $950.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
    stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☒ No
    ☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
    canoes and kayaks; carpentry tools; musical instruments

    ☒ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☒ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☒ Yes. Describe.....  **Clothing**                                    $200.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☐ No
    ☒ Yes. Describe.....  **Jewelry**                                    $100.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☒ No
    ☐ Yes. Describe.....

Debtor 1    **Santana Torres Hiracheta**
Debtor 2    **Connie Jean Hiracheta**                        Case number (if known) _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific
    information.............                                                                         _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.....................................................................→**   | **$2,670.00** |

---

### Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?                          **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes.....................................................................................  Cash: .........................   | **$4.00** |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes............................    Institution name:

    | | | |
    |---|---|---|
    | 17.1. | Checking account: | **Amegy Bank** | |
    | | | **Checking account: 4581** | **$291.05** |
    | 17.2. | Checking account: | **Wells Fargo Bank** | |
    | | | **Checking account: 3906** | **$21.40** |
    | 17.3. | Checking account: | **1st Convenience Bank** | |
    | | | **Checking account: 8928** | **$5.04** |
    | 17.4. | Savings account: | **Wells Fargo Bank** | |
    | | | **Save as you Go Savings account: 1680** | **$19.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes............................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes.  Give specific
    information about
    them.........................  Name of entity:                              % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes.  Give specific
    information about
    them.........................  Issuer name:

Debtor 1  **Santana Torres Hiracheta**
Debtor 2  **Connie Jean Hiracheta**                                    Case number (if known) _____

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☑ No
☐ Yes. List each
account separately.     Type of account:     Institution name:

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes...........................     Institution name or individual:

**23.  Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes...........................   Issuer name and description:

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes...........................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**
☑ No
☐ Yes.  Give specific
information about them                                                          _____

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes.  Give specific
information about them                                                          _____

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes.  Give specific
information about them                                                          _____

**Money or property owed to you?**                                    **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28.  Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information              Federal: _____
about them, including whether
you already filed the returns                 State: _____
and the tax years.....................
                                              Local: _____

Debtor 1 **Santana Torres Hiracheta**

Debtor 2 **Connie Jean Hiracheta**                               Case number (if known) _____

**29. Family support**

Examples:  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes.  Give specific information

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

**30. Other amounts someone owes you**

Examples:  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes.  Give specific information                                               _____

**31. Interests in insurance policies**

Examples:  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes.  Name the insurance
company of each policy
and list its value................   Company name:              Beneficiary:              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No

☐ Yes.  Give specific information                                               _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

Examples:  Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes.  Describe each claim........                                             _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes.  Describe each claim........                                             _____

**35. Any financial assets you did not already list**

☑ No

☐ Yes.  Give specific information                                               _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here.......................................................................➜**  | $340.49 |

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.

☐ Yes.  Go to line 38.

Debtor 1   **Santana Torres Hiracheta**

Debtor 2   **Connie Jean Hiracheta**                                    Case number (if known) _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                              _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..                                                              _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                                              _____

41. **Inventory**

☑ No
☐ Yes.  Describe..                                                              _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        ☐ No
        ☐ Yes.  Describe.....                                                  _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.                                               _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................ ➔  | _____ $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                                       _____

Debtor 1 **Santana Torres Hiracheta**

Debtor 2 **Connie Jean Hiracheta**       Case number (if known) _____

**48. Crops--either growing or harvested**

  ☑ No

  ☐ Yes.  Give specific
     information...............                  _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

  ☑ No

  ☐ Yes....                  _____

**50. Farm and fishing supplies, chemicals, and feed**

  ☑ No

  ☐ Yes....                  _____

**51. Any farm- and commercial fishing-related property you did not already list**

  ☑ No

  ☐ Yes.  Give specific
     information...............                   _____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here...................................................................➔    **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

  ☐ No

  ☑ Yes.  Give specific information.

    **1973 Beverly Monor Mobile Home**
    **Serial #B30077, Label #DLS0065500**             $3,550.00

**54.** Add the dollar value of all of your entries from Part 7. Write that number here............................➔    **$3,550.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55.** Part 1: Total real estate, line 2.................................................................➔    $0.00

**56.** Part 2: Total vehicles, line 5           $975.00

**57.** Part 3: Total personal and household items, line 15           $2,670.00

**58.** Part 4: Total financial assets, line 36           $340.49

**59.** Part 5: Total business-related property, line 45           $0.00

**60.** Part 6: Total farm- and fishing-related property, line 52           $0.00

**61.** Part 7: Total other property not listed, line 54       +       $3,550.00

**62. Total personal property.**    Add lines 56 through 61..................    **$7,535.49**    Copy personal
property total ➔   +    $7,535.49

**63. Total of all property on Schedule A/B.**    Add line 55 + line 62..............................................................    **$7,535.49**

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**                          Case number (if known) _____

**6.**   **Household goods and furnishings (details):**

| | |
|---|---:|
| **Stove** | **$50.00** |
| **Refrigerator** | **$200.00** |
| **Microwave Oven** | **$30.00** |
| **Dishes, Pots and Pans** | **$50.00** |
| **Flatware** | **$40.00** |
| **Dining Room Furniture** | **$300.00** |
| **Bedroom Furniture** | **$200.00** |
| **Living Room Furniture** | **$300.00** |
| **Household Tools** | **$100.00** |
| **Lawn Furniture** | **$100.00** |
| **Towels and Linens** | **$50.00** |

**7.**   **Electronics (details):**

| | |
|---|---:|
| **Cell Phone (2)** | **$100.00** |
| **Computer** | **$100.00** |
| **Television (3)** | **$300.00** |
| **Camera** | **$150.00** |
| **Electric Wheel Chair** | **$300.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Santana** | **Torres** | **Hiracheta** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Connie** | **Jean** | **Hiracheta** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt
04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

**1.   Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

**2.   For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2002 Dodge Caravan (approx. 214,000 miles)**<br>Line from *Schedule A/B*:   **3.1** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description:<br>**2002 Dodge Caravan (approx. 90,000 miles)**<br>Line from *Schedule A/B*:   **3.2** | **$775.00** | ☑ **$775.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

**3.   Are you claiming a homestead exemption of more than $170,350?**

(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes.   Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**                                   Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Stove**<br><br>Line from *Schedule A/B*: ___**6**___ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Refrigerator**<br><br>Line from *Schedule A/B*: ___**6**___ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Microwave Oven**<br><br>Line from *Schedule A/B*: ___**6**___ | **$30.00** | ☑ **$30.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Dishes, Pots and Pans**<br><br>Line from *Schedule A/B*: ___**6**___ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Flatware**<br><br>Line from *Schedule A/B*: ___**6**___ | **$40.00** | ☑ **$40.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Dining Room Furniture**<br><br>Line from *Schedule A/B*: ___**6**___ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Bedroom Furniture**<br><br>Line from *Schedule A/B*: ___**6**___ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Living Room Furniture**<br><br>Line from *Schedule A/B*: ___**6**___ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Household Tools**<br><br>Line from *Schedule A/B*: ___**6**___ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Debtor 1 **Santana Torres Hiracheta**
Debtor 2 **Connie Jean Hiracheta**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Lawn Furniture**<br><br>Line from *Schedule A/B*: ___**6**___ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Towels and Linens**<br><br>Line from *Schedule A/B*: ___**6**___ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Cell Phone (2)**<br><br>Line from *Schedule A/B*: ___**7**___ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Computer**<br><br>Line from *Schedule A/B*: ___**7**___ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Television (3)**<br><br>Line from *Schedule A/B*: ___**7**___ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Camera**<br><br>Line from *Schedule A/B*: ___**7**___ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Electric Wheel Chair**<br><br>Line from *Schedule A/B*: ___**7**___ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Clothing**<br><br>Line from *Schedule A/B*: ___**11**___ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Jewelry**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: ___**12**___ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |

Debtor 1    **Santana Torres Hiracheta**
Debtor 2    **Connie Jean Hiracheta**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Jewelry (2nd exemption claimed for this asset)** Line from *Schedule A/B*: ___**12**___ | **$100.00** | ☑ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Cash on hand** Line from *Schedule A/B*: ___**16**___ | **$4.00** | ☑ **$4.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Amegy Bank Checking account: 4581** Line from *Schedule A/B*: ___**17.1**___ | **$291.05** | ☑ **$291.05** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Wells Fargo Bank Checking account: 3906** Line from *Schedule A/B*: ___**17.2**___ | **$21.40** | ☑ **$21.40** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Wells Fargo Bank Save as you Go Savings account: 1680** Line from *Schedule A/B*: ___**17.4**___ | **$19.00** | ☑ **$19.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **1st Convenience Bank Checking account: 8928** Line from *Schedule A/B*: ___**17.3**___ | **$5.04** | ☑ **$5.04** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **1973 Beverly Monor Mobile Home Serial #B30077, Label #DLS0065500** Line from *Schedule A/B*: ___**53**___ | **$3,550.00** | ☑ **$3,550.00** ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |

**Fill in this information to identify your case:**

| Debtor 1 | **Santana**<br>First Name | **Torres**<br>Middle Name | **Hiracheta**<br>Last Name |
|---|---|---|---|
| Debtor 2<br>(Spouse, if filing) | **Connie**<br>First Name | **Jean**<br>Middle Name | **Hiracheta**<br>Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

   ☑ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes.  Fill in all of the information below.

**Part 1:     List All Secured Claims**

2.  **List all secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | | | | |

**Creditor's name**

**Number    Street**

**City                     State    ZIP Code**

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates**
   **to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write
that number here:

| **$0.00** |

If this is the last page of your form, add the dollar value totals from
all pages.  Write that number here:

| **$0.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Santana** | **Torres** | **Hiracheta** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Connie** | **Jean** | **Hiracheta** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☑ No. Go to Part 2.
   - ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|

_____
Priority Creditor's Name

_____
Number        Street

_____

_____
City          State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Debtor 1    Santana Torres Hiracheta
Debtor 2    Connie Jean Hiracheta                                    Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | $1,603.00 |
|---|---|---|

**Account Resolution Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 459079**

**Sunrise**                    **FL**    **33345**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    5    5    9    6
**When was the debt incurred?**    04/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify    **Collection Attorney**

**Original Creditor Name: ACS PRIM CR PHYS SW PA Collection**

| 4.2 | | $395.00 |
|---|---|---|

**Account Resolution Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 459079**

**Sunrise**                    **FL**    **33345**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    7    8    6    5
**When was the debt incurred?**    06/2017

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify    **Collection Attorney**

**Original Creditor Name: IPC OF TX Collection**

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**                                  Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |
|---|---|---|

**4.3**                                                                                        **$188.00**

**Account Resolution Services**               Last 4 digits of account number   **0   6   3   6**
Nonpriority Creditor's Name                   When was the debt incurred?   **10/2015**
**Attn: Bankruptcy**
Number      Street                            As of the date you file, the claim is: Check all that apply.
**PO Box 459079**                             ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed
**Sunrise**            **FL**    **33345**
City                   State   ZIP Code       Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.           ☐ Student loans
☐ Debtor 1 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                  that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another     ☑ Other. Specify
☑ **Check if this claim is for a community debt**    **Collection Attorney**
Is the claim subject to offset?
☑ No
☐ Yes

**Original Creditor Name: ACS PRIM CR PHYS SW PA
Collection**

**4.4**                                                                                        **$140.00**

**Account Resolution Services**               Last 4 digits of account number   **3   7   4   8**
Nonpriority Creditor's Name                   When was the debt incurred?   **01/2017**
**Attn: Bankruptcy**
Number      Street                            As of the date you file, the claim is: Check all that apply.
**PO Box 459079**                             ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed
**Sunrise**            **FL**    **33345**
City                   State   ZIP Code       Type of NONPRIORITY unsecured claim:
Who incurred the debt?   Check one.           ☐ Student loans
☐ Debtor 1 only                               ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                  that you did not report as priority claims
☑ Debtor 1 and Debtor 2 only                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another     ☑ Other. Specify
☑ **Check if this claim is for a community debt**    **Collection Attorney**
Is the claim subject to offset?
☑ No
☐ Yes

**Original Creditor Name: ACS PRIM CR PHYS SW PA
Collection**

Debtor 1    **Santana Torres Hiracheta**
Debtor 2    **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.5**

$80.00

**Account Resolution Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 459079**
_____

**Sunrise**          **FL**    **33345**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7   5   6   3**
When was the debt incurred?   **01/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Collection Attorney**

**Original Creditor Name: ACS PRIM CR PHYS SW PA**
**Collection**

**4.6**

$3,079.00

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number    Street
**PO Box 981540**
_____

**El Paso**          **TX**    **79998**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5   9   5   3**
When was the debt incurred?   **11/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Credit Card**

**Charge Off for $3079 on 02/19**
**Account Closed By Grantor**

Debtor 1    **Santana Torres Hiracheta**
Debtor 2    **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

| 4.7 | | $371.00 |

**Avante**
Nonpriority Creditor's Name
**3600 South Gessner Road**
Number        Street
**Ste 225**

**Houston                    TX      77063**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Original Creditor Name: SUGAR LAND HOSPITAL Collection**

Last 4 digits of account number   **4   5   7   9**
When was the debt incurred?   **07/30/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Unknown Loan Type**

| 4.8 | | $3,751.00 |

**Bank Of America**
Nonpriority Creditor's Name
**4909 Savarese Circle**
Number        Street
**FL1-908-01-50**

**Tampa                      FL      33634**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Charge Off for $3751 on 06/18
Account Closed By Grantor**

Last 4 digits of account number   **7   9   0   1**
When was the debt incurred?   **08/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

Debtor 1   **Santana Torres Hiracheta**

Debtor 2   **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.9**

| | $1,378.00 |
|---|---|

**Bank Of America**
Nonpriority Creditor's Name
**4909 Savarese Circle**
Number       Street
**FL1-908-01-50**

**Tampa**          **FL**    **33634**
City                   State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Charge Off for $1378 on 07/18**
**Account Closed By Grantor**

Last 4 digits of account number   **9**  **6**  **0**  **5**

When was the debt incurred?   **07/2016**

**As of the date you file, the claim is:** Check that all apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**4.10**

| | $185.00 |
|---|---|

**CDI Affiliated Service**
Nonpriority Creditor's Name
**Attn: Banktruptcy**
Number       Street
**PO Box 4068**

**Boise**          **ID**    **83711**
City                   State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Original Creditor Name: REGIONAL MEDICAL LABORATORY**
**Collection**
**Account Closed**

Last 4 digits of account number   **0**  **6**  **0**  **1**

When was the debt incurred?   **04/2013**

**As of the date you file, the claim is:** Check that all apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collection Attorney**

Debtor 1    **Santana Torres Hiracheta**

Debtor 2    **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.11**

**$3,480.00**

**Chase Card Services**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
Number     Street

**PO Box 15298**

**Wilmington**              **DE**      **19850**
City                       State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Charge Off for $3480 on 07/18**
**Account Closed By Grantor**

Last 4 digits of account number   **4**   **1**   **4**   **1**

**When was the debt incurred?**    **07/2014**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
       **Credit Card**

**4.12**

**$1,791.00**

**Citibank/The Home Depot**
Nonpriority Creditor's Name

**Attn: Recovery/Centralized Bankruptcy**
Number     Street

**PO Box 790034**

**St Louis**               **MO**      **63179**
City                       State    ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Charge Off for $1791 on 10/18**
**Account Closed By Grantor**

Last 4 digits of account number   **5**   **5**   **9**   **2**

**When was the debt incurred?**    **05/2005**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
       **Charge Account**

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.13**
$607.00

**CMRE Financial Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**3075 E Imperial Hwy  Ste 200**

_____

**Brea**                    **CA     92811**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     **2   6   3   2**
When was the debt incurred?     **09/16/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Unknown Loan Type**

**Original Creditor Name: SINGLETON ASSOCIATES PA**
**Collection**
**AFFECTED BY NATURAL DISASTER**

---

**4.14**
$53.00

**CMRE Financial Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**3075 E Imperial Hwy  Ste 200**

_____

**Brea**                    **CA     92811**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number     **7   6   5   9**
When was the debt incurred?     **07/24/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Unknown Loan Type**

**Original Creditor Name: SINGLETON ASSOCIATES PA**
**Collection**

---

Debtor 1   **Santana Torres Hiracheta**

Debtor 2   **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

4.15

$77.00

**CMRE Financial Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**3075 E Imperial Hwy  Ste 200**
_____

**Brea**               **CA**      **92811**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Original Creditor Name: SINGLETON ASSOCIATES PA**
**Collection**
**AFFECTED BY NATURAL DISASTER**

Last 4 digits of account number   **3**   **2**   **5**   **3**
When was the debt incurred?   **07/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Collection Attorney**

4.16

$72.00

**CMRE Financial Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**3075 E Imperial Hwy  Ste 200**
_____

**Brea**               **CA**      **92811**
City                    State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Original Creditor Name: SINGLETON ASSOCIATES PA**
**Collection**
**AFFECTED BY NATURAL DISASTER**

Last 4 digits of account number   **7**   **2**   **6**   **6**
When was the debt incurred?   **11/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Collection Attorney**

Debtor 1    **Santana Torres Hiracheta**

Debtor 2    **Connie Jean Hiracheta**                                          Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.17 | | $2,944.00 |
|---|---|---|

**Costco Go Anywhere Citicard**
Nonpriority Creditor's Name
**Citicorp Credit Services/Centralized Ban**
Number    Street
**PO Box 790040**

_____

**St. Louis**              **MO**    **64195**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Charge Off for $2944 on 07/18**

**Account Closed By Consumer**

Last 4 digits of account number    **8**  **7**  **7**  **2**

**When was the debt incurred?**    **10/2013**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Credit Card**

| 4.18 | | $17.00 |
|---|---|---|

**Credit Systems International, Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 1088**

_____

**Arlington**              **TX**    **76004**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Original Creditor Name: WEST HOUSTON RADIOLOGY ASSOC**
**Collection**
**Account Closed**

Last 4 digits of account number    **1**  **7**  **2**  **2**

**When was the debt incurred?**    **03/2014**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Collection Attorney**

Debtor 1   **Santana Torres Hiracheta**

Debtor 2   **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.19

**$1,787.00**

**Dillards Card Srvs/Wells Fargo Bank Na**
Nonpriority Creditor's Name
**PO Box 10347**
Number        Street
_____

_____

| **Des Moines** | **IA** | **50306** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Charge Off for $1787 on 06/18**
**Account Closed By Grantor**

**Last 4 digits of account number**   6   4   4   3

**When was the debt incurred?**   03/2007

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Charge Account**

### 4.20

**$446.00**

**ERC/Enhanced Recovery Corp**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**8014 Bayberry Road**
_____

| **Jacksonville** | **FL** | **32256** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**   Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Original Creditor Name: DISH**
**Collection**

**Last 4 digits of account number**   3   2   2   6

**When was the debt incurred?**   11/2018

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Collection Attorney**

Debtor 1    **Santana Torres Hiracheta**

Debtor 2    **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.21**                                                                                                    **$190.00**

**ERC/Enhanced Recovery Corp**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

Number      Street

**8014 Bayberry Road**

_____

**Jacksonville          FL       32256**

City                          State     ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Original Creditor Name: AT T U-VERSE Collection**

**Last 4 digits of account number    5   1   2   5**

**When was the debt incurred?    02/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other.  Specify

**Collection Attorney**

**4.22**                                                                                                    **$119.00**

**ERC/Enhanced Recovery Corp**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

Number      Street

**8014 Bayberry Road**

_____

**Jacksonville          FL       32256**

City                          State     ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Original Creditor Name: AT T MOBILITY Collection**

**Last 4 digits of account number    2   8   8   8**

**When was the debt incurred?    06/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other.  Specify

**Collection Attorney**

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.23 | | | **$307.00** |

**Hillcrest Davidson & A**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**715 N Glenville - Suite 450**
_____

**Richardson          TX     75081**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   _3_ _6_ _4_ _2_
**When was the debt incurred?**   **09/2017**

**As of the date you file, the claim is:** Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
  **Collection Attorney**

**Original Creditor Name: STREAM SPE GP LLC**
**Collection**
**Account Closed**

| 4.24 | | | **$1,147.00** |

**I C System Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**P.O. Box 64378**
_____

**St. Paul          MN     55164**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   _8_ _0_ _0_ _1_
**When was the debt incurred?**   **02/2015**

**As of the date you file, the claim is:** Check that all apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
  **Collection Attorney**

**Original Creditor Name: TEXAS SURGICAL ASSOCIATES**
**Collection**

Debtor 1   **Santana Torres Hiracheta**

Debtor 2   **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

**4.25**

| | $1,337.00 |
| --- | --- |

**Kohls/Capital One**

Nonpriority Creditor's Name

**Kohls Credit**

Number      Street

**PO Box 3120**

_____

**Milwaukee**          **WI**    **53201**

City                              State      ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Charge Off for $1337 on 06/18**

**Account Closed By Grantor**

Last 4 digits of account number    **3    9    8    6**

**When was the debt incurred?**   **08/2008**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other.  Specify

   **Charge Account**

**4.26**

| | $1,134.00 |
| --- | --- |

**Midland Funding**

Nonpriority Creditor's Name

**2365 Northside Dr Ste 300**

Number      Street

_____

**San Diego**          **CA**    **92108**

City                              State      ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Original Creditor Name: SYNCHRONY BANK**

**Collection**

Last 4 digits of account number    **4    4    3    4**

**When was the debt incurred?**   **07/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other.  Specify

   **Collecting for - SYNCHRONY BANK**

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**                                   Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the
previous page.**

| | **Total claim** |
|---|---|

**4.27**                                                                          **$526.00**

**Midland Funding**                          Last 4 digits of account number   **6   0   5   9**
Nonpriority Creditor's Name
**2365 Northside Dr Ste 300**                When was the debt incurred?   **08/2018**
Number       Street
_____             **As of the date you file, the claim is:** Check all that apply.
_____             ☐ Contingent
                                             ☐ Unliquidated
**San Diego**          **CA**   **92108**    ☐ Disputed
City                   State  ZIP Code
**Who incurred the debt?**  Check one.       **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other. Specify
**Is the claim subject to offset?**             **Collecting for - SYNCHRONY BANK**
☑ No
☐ Yes

**Original Creditor Name: SYNCHRONY BANK
Collection**

**4.28**                                                                          **$10,653.00**

**Nissan Motor Acceptance**                  Last 4 digits of account number   **0   0   0   1**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**                    When was the debt incurred?   **10/2014**
Number       Street
**PO Box 660360**                            **As of the date you file, the claim is:** Check all that apply.
_____             ☐ Contingent
                                             ☐ Unliquidated
**Dallas**             **TX**   **75266**    ☐ Disputed
City                   State  ZIP Code
**Who incurred the debt?**  Check one.       **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                    that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**   ☑ Other. Specify
**Is the claim subject to offset?**             **Automobile**
☑ No
☐ Yes

**Charge Off for $10653 on 04/15
Account Closed By Grantor**

Debtor 1   **Santana Torres Hiracheta**

Debtor 2   **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.29 | |

**$1,670.00**

**Portfolio Recovery**

Nonpriority Creditor's Name

**PO Box 41021**

Number        Street

_____

_____

**Norfolk**        **VA**   **23541**

City          State   ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Original Creditor Name: CITIBANK N.A. Collection**

Last 4 digits of account number   **4**   **3**   **3**   **8**

When was the debt incurred?   **10/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Collecting for - CITIBANK N.A.**

---

| 4.30 | |

**$1,179.00**

**Portfolio Recovery**

Nonpriority Creditor's Name

**PO Box 41021**

Number        Street

_____

_____

**Norfolk**        **VA**   **23541**

City          State   ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Original Creditor Name: CITIBANK N.A. Collection**

Last 4 digits of account number   **7**   **1**   **5**   **2**

When was the debt incurred?   **10/2018**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Collecting for - CITIBANK N.A.**

Debtor 1    **Santana Torres Hiracheta**
Debtor 2    **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.31 |
|---|

**$981.00**

**Portfolio Recovery**
Nonpriority Creditor's Name
**PO Box 41021**
Number        Street

_____

**Norfolk**          **VA**     **23541**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Original Creditor Name: WORLD FINANCIAL NETWORK BANK
Collection**

**Last 4 digits of account number**   **7   0   6   1**
**When was the debt incurred?**   **10/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for - WORLD FINANCIAL NETWORK BANK**

| 4.32 |
|---|

**$817.00**

**Portfolio Recovery**
Nonpriority Creditor's Name
**PO Box 41021**
Number        Street

_____

**Norfolk**          **VA**     **23541**
City                     State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Original Creditor Name: CITIBANK N.A.
Collection**

**Last 4 digits of account number**   **6   7   7   5**
**When was the debt incurred?**   **09/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for - CITIBANK N.A.**

Debtor 1    **Santana Torres Hiracheta**
Debtor 2    **Connie Jean Hiracheta**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.33 | | $413.00 |

**Portfolio Recovery**
Nonpriority Creditor's Name
**PO Box 41021**
Number      Street

_____

**Norfolk**          **VA**     **23541**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Original Creditor Name: COMENITY CAPITAL BANK**
**Collection**

**Last 4 digits of account number**    **9   3   7   0**
**When was the debt incurred?**    **09/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Collecting for -  COMENITY CAPITAL BANK**

| 4.34 | | $1,304.00 |

**Synchrony Bank/Sams**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 965060**

_____

**Orlando**          **FL**     **32896**
City                State     ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Charge Off for $1304 on 06/18**
**Account Closed**

**Last 4 digits of account number**    **4   5   4   2**
**When was the debt incurred?**    **10/2011**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Charge Account**

Debtor 1   **Santana Torres Hiracheta**

Debtor 2   **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.35**                                                                                        **$1,140.00**

**Synchrony Bank/Walmart**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

Number       Street

**PO Box 965060**

_____

**Orlando**                    **FL**      **32896**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Charge Off for $1140 on 07/18**

**Account Closed By Grantor**

Last 4 digits of account number      **6   4   2   9**

When was the debt incurred?      **09/2016**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Charge Account**

**4.36**                                                                                           **$57.00**

**Synerprise Consulting Services, Inc**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

Number       Street

**5651 Broadmoor St**

_____

**Mission**                    **KS**      **66202**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Original Creditor Name: U.S. ANESTHESIA PARTNERS**

**Collection**

Last 4 digits of account number      **1   5   8   7**

When was the debt incurred?      **07/2018**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Collection Attorney**

Debtor 1   **Santana Torres Hiracheta**

Debtor 2   **Connie Jean Hiracheta**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.37 |
|---|

$1,517.00

**Target**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

Number      Street

**PO Box 9475**

**Minneapolis          MN    55440**

City                State   ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Charge Off for $1517 on 07/18**

**Account Closed By Grantor**

**Last 4 digits of account number**    2   5   8   0

**When was the debt incurred?**    04/2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

| 4.38 |
|---|

$1,051.00

**Target**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

Number      Street

**PO Box 9475**

**Minneapolis          MN    55440**

City                State   ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Charge Off for $1051 on 07/18**

**Account Closed By Grantor**

**Target National Bank vs. Santana Hiracheta**

**Case 18-CCV-063585**

**Last 4 digits of account number**    9   3   1   4

**When was the debt incurred?**    05/2010

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card - Judgment**

Debtor 1   **Santana Torres Hiracheta**

Debtor 2   **Connie Jean Hiracheta**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.39** | **$1,680.00**

**Visa Dept Store National Bank/Macy's**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 8053**

_____

**Mason**              **OH**   **45040**
City                           State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Charge Off for $1680 on 06/18**
**Account Closed By Grantor**

**Last 4 digits of account number**   **2   8   1   0**

**When was the debt incurred?**   **12/2006**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Charge Account**

**4.40** | **$381.00**

**Visa Dept Store National Bank/Macy's**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 8053**

_____

**Mason**              **OH**   **45040**
City                           State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Charge Off for $381 on 05/18**
**Account Closed By Grantor**

**Last 4 digits of account number**   **4   2   8   5**

**When was the debt incurred?**   **10/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Charge Account**

Debtor 1    **Santana Torres Hiracheta**

Debtor 2    **Connie Jean Hiracheta**                                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.    Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Ally Financial**
Name
**Attn: Bankruptcy Dept**
Number        Street
**PO Box 380901**

**Bloomington**          **MN**    **55438**
City                    State    ZIP Code
**Paid**
**Account Closed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Automobile**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8    4    5    2**

---

**Amex**
Name
**Correspondence/Bankruptcy**
Number        Street
**PO Box 981540**

**El Paso**              **TX**    **79998**
City                    State    ZIP Code
**Current Account**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6    1    1    3**

---

**Amex**
Name
**Correspondence/Bankruptcy**
Number        Street
**PO Box 981540**

**El Paso**              **TX**    **79998**
City                    State    ZIP Code
**Transferred**
**Account Closed**
**PURCHASED BY ANOTHER LENDER**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4    8    7    3**

---

**Amex**
Name
**Correspondence/Bankruptcy**
Number        Street
**PO Box 981540**

**El Paso**              **TX**    **79998**
City                    State    ZIP Code
**Transferred**
**Account Closed**
**PURCHASED BY ANOTHER LENDER**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4    7    9    3**

Debtor 1     **Santana Torres Hiracheta**
Debtor 2     **Connie Jean Hiracheta**                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

---

**ARS National Services, inc**
Name
**P.O. Box 469100**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - Target**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **1   5   8   2**

**Escondido**          **CA**   **92046-3023**
City               State   ZIP Code

---

**Best Buy**
Name
**PO BOX 790441**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **0   5   9   5**

**St. Louis**          **MO**   **63179**
City               State   ZIP Code

---

**Capital Management Services, LP**
Name
**698 1/2 South Ogden St**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - Macy's**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **8   6   4   0**

**Buffalo**          **NY**   **14206**
City               State   ZIP Code

---

**Capital One**
Name
**Attn: Bankruptcy**
Number      Street
**PO Box 30285**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **0   5   9   5**

**Salt Lake City**          **UT**   **84130**
City               State   ZIP Code

**Transferred**
**Account Closed**
**PURCHASED BY ANOTHER LENDER**

---

**Capital One**
Name
**Attn: Bankruptcy**
Number      Street
**PO Box 30285**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **1   2   7   3**

**Salt Lake City**          **UT**   **84130**
City               State   ZIP Code

**Current Account**
**Account Closed By Consumer**

---

Debtor 1    **Santana Torres Hiracheta**
Debtor 2    **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

---

**Chase Card Services**
Name
**Attn: Bankruptcy**
Number       Street
**PO Box 15298**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Wilmington**          **DE**    **19850**
City                State    ZIP Code

Last 4 digits of account number    **0   5   8   4**

**Paid**
**Account Closed By Consumer**

---

**CITI**
Name
**PO Box 790040**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**St. Louis**          **MO**    **63179**
City                State    ZIP Code

Last 4 digits of account number    __ __ __ __

---

**Citi Cards**
Name
**PO Box 9001016**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Costco Credit Card**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Louisville**          **KY**    **40290-1016**
City                State    ZIP Code

Last 4 digits of account number    __ __ __ __

---

**CitiFinancial**
Name
**Attn: Bankruptcy**
Number       Street
**605 Munn Rd**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Unsecured**                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Fort Mill**          **SC**    **29715**
City                State    ZIP Code

**Paid**
**Account Closed**

Last 4 digits of account number    **0   5   0   2**

---

**Client Services Inc**
Name
**3451 Harry S. Truman**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - Bank of**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**America**

**Saint Charles**          **MO**    **63301**
City                State    ZIP Code

Last 4 digits of account number    **3   0   4   6**

---

**Client Services Inc**
Name
**3451 Harry S. Truman**
Number       Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - Bank of**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**America**

**Saint Charles**          **MO**    **63301**
City                State    ZIP Code

Last 4 digits of account number    **3   4   2   0**

---

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**                                  Case number (if known) _____

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

---

**Comenity Bank/Palais Royal**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 182125**

**Columbus**          **OH**   **43218**
City                 State    ZIP Code

**Charge Off**
**Account Closed**
**PURCHASED BY ANOTHER LENDER**
**ACCOUNT TRANSFERRED**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **7   0   6   1**

---

**Comenity Capital Bank**
Name
**PO Box 183003**
Number        Street

**Columbus**          **OH**   **43218-3003**
City                 State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Forever 21 Credit Card**        ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___  ___  ___  ___

---

**Comenitycapital/fFe21**
Name
**Attn: Bankruptcy Dept**
Number        Street
**PO Box 182125**

**Columbus**          **OH**   **43218**
City                 State    ZIP Code

**Charge Off**
**Account Closed**
**PURCHASED BY ANOTHER LENDER**
**ACCOUNT TRANSFERRED**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **9   3   7   0**

---

**Conn's HomePlus**
Name
**Attn: Bankruptcy Dept**
Number        Street
**PO Box 2358**

**Beaumont**          **TX**   **77704**
City                 State    ZIP Code

**Paid**
**Account Closed**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Secured**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **8   3   3   0**

---

**Credit Control, LLC**
Name
**PO Box 546**
Number        Street

**Hazelwood**         **MO**   **63042-0546**
City                 State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - Bank of**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**America**

Last 4 digits of account number   **3   0   9   9**

Debtor 1   **Santana Torres Hiracheta**

Debtor 2   **Connie Jean Hiracheta**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Credit Corp Solutions, Inc.**
Name
**180 Election Rd, Ste 200**
Number        Street

**Draper**              **UT**    **84020**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for -**
**Citibank/Exxon**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1   4   1   7**

---

**Credit Corp Solutions, Inc.**
Name
**180 Election Rd, Ste 200**
Number        Street

**Draper**              **UT**    **84020**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - Citibank**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **1   4   1   6**

---

**Exxonmobile**
Name
**PO Box 78072**
Number        Street

**Phoeniz**             **AZ**    **85062**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9   8   6   8**

---

**FMS**
Name
**PO Box 707600**
Number        Street

**Tulsa**               **OK**    **74170**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for -Sam's**
**Club**                           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5   9   7   1**

---

**Internal Revenue Service**
Name
**Centralized Insolvency Operations**
Number        Street
**P.O. Box 7346**

**Philadelphia**        **PA**    **19101-7346**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___ ___ ___ ___

---

**Kohl's**
Name
**PO Box 2983**
Number        Street

**Milwaukee**           **WI**    **53201-2983**
City                   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*     ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3   9   8   6**

Debtor 1  **Santana Torres Hiracheta**

Debtor 2  **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

---

**Macy's**
Name
**PO Box 78008**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):

**Credit Card**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   2   8   1   0

**Phoeniz**          **AZ**    **85062-8008**
City                State   ZIP Code

---

**Merchants & Medical**
Name
**Credit Corporation, Inc.**
Number     Street
**6324 Taylor Dr**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):

**Collecting for - Capital One/Kohls**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   6   1   1   6

**Flint**            **MI**    **48507**
City                State   ZIP Code

---

**Midland Credit Mgmt**
Name
**PO Box 13105**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):

**Collecting for - Bestbuy/ Citibank**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Roanoke**          **VA**    **24031-3105**
City                State   ZIP Code

---

**Monarch Recovery Management, Inc.**
Name
**3260 Tillman Dr, Ste 75**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):

**Collecting for - Walmart**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   4   2   1   2

**Bensalem**         **PA**    **19020**
City                State   ZIP Code

---

**NTB Credit Plan**
Name
**PO Box 9001006**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):

**Credit Card**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   1   9   0   3

**Louisville**       **KY**    **40290-1006**
City                State   ZIP Code

---

**Portfolio Recovery**
Name
**PO Box 12914**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):

**Collecting for - CITIBANK N.A./Shell**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Norfolk**          **VA**    **23541**
City                State   ZIP Code

---

Debtor 1  **Santana Torres Hiracheta**

Debtor 2  **Connie Jean Hiracheta**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Radius Global Solutions, LLC**
Name
**PO Box 390846**
Number      Street

_____

**Minneapolis**          **MN**      **55439**
City                 State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

**Collecting for - Capital One**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **6    3    3    5**

---

**Radius Global Solutions, LLC**
Name
**PO Box 390905**
Number      Street

_____

**Minneapolis**          **MN**      **55439**
City                 State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

**Collecting for - Macy's**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **5    3    6    6**

---

**Rausch, Sturm, Israel, Enerson & Hornik,**
Name
**250 N. Sunnyslope Rd, Ste. 300**
Number      Street

_____

**Brookfield**          **WI**      **53005**
City                 State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

**Attorney for - Target**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      ___ ___ ___ ___

---

**Rausch, Sturm, Israel, Enerson & Hornik,**
Name
**15660 North Dallas Parkway, Ste.350**
Number      Street

_____

**Dallas**          **TX**      **75248**
City                 State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

**Attorney for - Target**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      ___ ___ ___ ___

---

**Sears Credit Card**
Name
**PO Box 6283**
Number      Street

_____

**Sioux Falls**          **SD**      **57117-6283**
City                 State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

**Credit Card**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **4    3    3    8**

---

**Sears Credit Card**
Name
**PO Box 6283**
Number      Street

_____

**Sioux Falls**          **SD**      **57117-6283**
City                 State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*

**Credit Card**

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **7    1    5    2**

Debtor 1    **Santana Torres Hiracheta**
Debtor 2    **Connie Jean Hiracheta**                                         Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Shell**
Name
**PO BOX 6406**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Sioux Falls          SD      57117**
City                   State   ZIP Code

**Last 4 digits of account number    6   7   7   5**

---

**State Farm Bank**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 2327**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Automobile**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Bloomington          IL      61702**
City                   State   ZIP Code

**Last 4 digits of account number    0   0   0   1**

**Paid**
**Account Closed**

---

**Sunbelt Credit**
Name
**Attn: Bankruptcy**
Number        Street
**208 E. Main St.**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Unsecured**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Spartanburg          SC      28306**
City                   State   ZIP Code

**Last 4 digits of account number    0   8   0   5**

**Current Account**
**Account Closed**

---

**Sunbelt Credit**
Name
**Attn: Bankruptcy**
Number        Street
**208 E. Main St.**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Unsecured**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Spartanburg          SC      28306**
City                   State   ZIP Code

**Last 4 digits of account number    0   8   0   5**

**Current Account**
**Account Closed**

---

**Sunbelt Credit**
Name
**Attn: Bankruptcy**
Number        Street
**208 E. Main St.**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Unsecured**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Spartanburg          SC      28306**
City                   State   ZIP Code

**Last 4 digits of account number    0   8   0   5**

**Current Account**
**Account Closed**

---

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**                                          Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Sunbelt Credit**
Name
**Attn: Bankruptcy**
Number        Street
**208 E. Main St.**

_____
**Spartanburg**          **SC**    **28306**
City                    State    ZIP Code

**Current Account**
**Account Closed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Unsecured**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **0   8   0   5**

---

**Sunbelt Credit**
Name
**Attn: Bankruptcy**
Number        Street
**208 E. Main St.**

_____
**Spartanburg**          **SC**    **28306**
City                    State    ZIP Code

**Current Account**
**Account Closed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Unsecured**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **0   8   0   5**

---

**Synchrony Bank/ Dick Sporting Goods**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 956060**

_____
**Orlando**              **FL**    **32896**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **7   3   7   9**

---

**Synchrony Bank/ JC Penneys**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 956060**

_____
**Orlando**              **FL**    **32896**
City                    State    ZIP Code

**Charge Off for $960 on 12/17**
**Account Closed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **8   6   2   7**

---

**Synchrony Bank/Care Credit**
Name
**Attn:  Bankruptcy Dept**
Number        Street
**PO Box 965060**

_____
**Orlando**              **FL**    **32896**
City                    State    ZIP Code

**Charge Off for $1134 on 08/18**
**Account Closed By Grantor**
**ACCOUNT TRANSFERRED**
**PURCHASED BY ANOTHER LENDER**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **7   3   7   9**

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Synchrony Bank/Care Credit**
Name
**Attn:  Bankruptcy Dept**
Number        Street
**PO Box 965060**

| **Orlando** | **FL** | **32896** |
| City | State | ZIP Code |

**Card Lost**
**Account Closed**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __4__ __1__ __6__ __2__

---

**Synchrony Bank/Care Credit**
Name
**Attn:  Bankruptcy Dept**
Number        Street
**PO Box 965060**

| **Orlando** | **FL** | **32896** |
| City | State | ZIP Code |

**Current Account**
**Account Closed By Grantor**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __8__ __2__ __7__ __5__

---

**Synchrony Bank/Chevron**
Name
**Attn:  Bankruptcy Dept**
Number        Street
**PO Box 965060**

| **Orlando** | **FL** | **32896** |
| City | State | ZIP Code |

**Charge Off for $526 on 09/18**
**Account Closed By Grantor**
**ACCOUNT TRANSFERRED**
**PURCHASED BY ANOTHER LENDER**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __8__ __7__ __1__ __8__

---

**Synchrony Bank/Lowes**
Name
**Attn:  Bankruptcy**
Number        Street
**PO Box 965060**

| **Orlando** | **FL** | **32896** |
| City | State | ZIP Code |

**Charge Off for $4351 on 09/18**
**Account Closed By Grantor**
**ACCOUNT TRANSFERRED**
**PURCHASED BY ANOTHER LENDER**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __7__ __3__ __1__ __3__

Debtor 1    **Santana Torres Hiracheta**
Debtor 2    **Connie Jean Hiracheta**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---------|-------------------------------------------------------------------------------------|

**Synchrony Bank/Lowes**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 965060**

_____
**Orlando**          **FL**    **32896**
City                  State    ZIP Code

**Card Lost**
**Account Closed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2   5   7   6**

---

**Synchrony Bank/TJX**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 965060**

_____
**Orlando**          **FL**    **32896**
City                  State    ZIP Code

**Charge Off for $732 on 10/18**
**Account Closed By Grantor**
**ACCOUNT TRANSFERRED**
**PURCHASED BY ANOTHER LENDER**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0   3   3   4**

---

**Synchrony Bank/Walmart**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 965060**

_____
**Orlando**          **FL**    **32896**
City                  State    ZIP Code

**Charge Off for $1976 on 02/19**
**Account Closed By Grantor**
**ACCOUNT TRANSFERRED**
**PURCHASED BY ANOTHER LENDER**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **3   1   8   4**

---

**Synchrony Bank/Walmart**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 965060**

_____
**Orlando**          **FL**    **32896**
City                  State    ZIP Code

**Transferred**
**Account Closed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4   4   8   2**

---

**Synergetic Communication, Inc.**
Name
**5450 NW Central, Ste 220**
Number        Street

_____
**Houston**          **TX**    **77092**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**United Collection Bureau, Inc.**
Name
**5620 Southwyck Blvd.**
Number      Street
**Suite 206**

**Toledo**            **OH**    **43614**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
**Collecting for - The
Home Depot/Citibank**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Wells Fargo Bank**
Name
**MAC N8235-040**
Number      Street
**7000 Vista Dr**

**West Des Moines**      **IA**    **50266**
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
**Dillards Credit Card**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Wells Fargo Bank**
Name
**Attn: Bankruptcy Dept**
Number      Street
**PO Box 6429**

**Greenville**          **SC**    **29606**
City                State    ZIP Code
**Paid**
**Account Closed**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
**Note Loan**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **0** **0** **0** **1**

Debtor 1   **Santana Torres Hiracheta**

Debtor 2   **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.   **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.   $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b.   $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.   $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. +   $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d.   $0.00 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.   $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.   $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.   $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. +   $50,047.00 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j.   $50,047.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Santana** | **Torres** | **Hiracheta** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Connie** | **Jean** | **Hiracheta** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

**Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

|  | **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | **Carolyn Prazak** | **Lot Lease** |
| | Name | **Contract to be ASSUMED** |
| | **1302 4th St** | |
| | Number     Street | |
| | _____ | |
| | **Rosenberg**                **TX**      **77471** | |
| | City                                State    ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Santana** | **Torres** | **Hiracheta** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Connie** | **Jean** | **Hiracheta** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No.  Go to line 3.
   ☒ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☒ Yes

      In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

      **Connie Jean Hiracheta**
      Name of your spouse, former spouse, or legal equivalent
      **1302 4th St**
      Number        Street

      _____

      **Rosenberg**                **TX**        **77471**
      City                         State       ZIP Code

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G).* Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  **Your codebtor**                        *Column 2:*  **The creditor to whom you owe the debt**

                                                         Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Santana** | **Torres** | **Hiracheta** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Connie** | **Jean** | **Hiracheta** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | **Disabled** | **Disabled** |
| **Employer's name** | | |
| **Employer's address** | | |
| | Number  Street | Number  Street |
| | | |
| | | |
| | City          State   Zip Code | City          State   Zip Code |
| **How long employed there?** | | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.          $0.00 | $0.00 |
| **3.** | Estimate and list monthly overtime pay. | 3. +        $0.00 | $0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4.          $0.00 | $0.00 |

Debtor 1  **Santana Torres Hiracheta**

Debtor 2  **Connie Jean Hiracheta**

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ........................................................... ➔ 4. | **$0.00** | **$0.00** |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | **$0.00** | **$0.00** |
| | 5b. Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| | 5c. Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| | 5d. Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| | 5e. Insurance | 5e. | **$0.00** | **$0.00** |
| | 5f. Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| | 5g. Union dues | 5g. | **$0.00** | **$0.00** |
| | 5h. Other deductions. Specify: _____ | 5h.+ | **$0.00** | **$0.00** |

**6.** **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6.   **$0.00**   **$0.00**

**7.** **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   7.   **$0.00**   **$0.00**

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. Interest and dividends | 8b. | **$0.00** | **$0.00** |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| | 8e. Social Security | 8e. | **$887.00** | **$893.00** |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | **$0.00** | **$0.00** |
| | 8g. Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| | 8h. Other monthly income. Specify: **Daugther's Social Security** | 8h.+ | **$0.00** | **$156.00** |

**9.** **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.   **$887.00**   **$1,049.00**

**10.** **Calculate monthly income.** Add line 7 + line 9.   10.   **$887.00** + **$1,049.00** = **$1,936.00**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. +   **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.   **$1,936.00**   **Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.   **None.**

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Santana** | **Torres** | **Hiracheta** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Connie** | **Jean** | **Hiracheta** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **16 Years** | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. **$100.00** (Mobile Home Lot Space Rental) |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. _____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. **$90.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. **$60.00** |
| 4d. | Homeowner's association or condominium dues | 4d. _____ |

Debtor 1    **Santana Torres Hiracheta**
Debtor 2    **Connie Jean Hiracheta**

Case number (if known) _____

|  |  | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$250.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$65.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$10.00** |
| | 6d.  Other.  Specify:  __Cell Phone__ | 6d. | **$180.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$600.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$90.00** |
| 10. | **Personal care products and services** | 10. | **$80.00** |
| 11. | **Medical and dental expenses** | 11. | **$45.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$50.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | |
| | 15b.  Health insurance | 15b. | |
| | 15c.  Vehicle insurance | 15c. | **$105.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. | |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify: _____ | 17c. | |
| | 17d.  Other.  Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |

Debtor 1    **Santana Torres Hiracheta**

Debtor 2    **Connie Jean Hiracheta**                                    Case number (if known) _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.** **Other.** Specify: **School Supplies** _____ 21. **+** _____ $10.00

**22.** **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                         22a.    $1,935.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b. _____

22c. Add line 22a and 22b.  The result is your monthly expenses.     22c.    $1,935.00

**23.** **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.     23a. _____ $1,936.00

23b. Copy your monthly expenses from line 22c above.                  23b. **−** _____ $1,935.00

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                               23c. _____ $1.00

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. | Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Santana** | **Torres** | **Hiracheta** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Connie** | **Jean** | **Hiracheta** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:     Summarize Your Assets

| | Your assets |
|---|---|
| | Value of what you own |

**1.** *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... **$0.00**

    1b. Copy line 62, Total personal property, from Schedule A/B.............................................. **$7,535.49**

    1c. Copy line 63, Total of all property on Schedule A/B....................................................... **$7,535.49**

### Part 2:     Summarize Your Liabilities

| | Your liabilities |
|---|---|
| | Amount you owe |

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$0.00**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$0.00**

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+ $50,047.00**

**Your total liabilities** **$50,047.00**

### Part 3:     Summarize Your Income and Expenses

**4.** *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I................................................................ **$1,936.00**

**5.** *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J........................................................................ **$1,935.00**

Debtor 1    **Santana Torres Hiracheta**

Debtor 2    **Connie Jean Hiracheta**

Case number (if known) _____

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$0.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a.  Domestic support obligations.  (Copy line 6a.)

$0.00

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)

$0.00

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)

$0.00

9d.  Student loans.  (Copy line 6f.)

$0.00

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)

$0.00

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)

+ $0.00

9g.  **Total.**  Add lines 9a through 9f.

$0.00

**Fill in this information to identify your case:**

Debtor 1      __Santana__      __Torres__      __Hiracheta__
           First Name         Middle Name       Last Name

Debtor 2      __Connie__      __Jean__      __Hiracheta__
(Spouse, if filing) First Name      Middle Name       Last Name

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X __/s/ Santana Torres Hiracheta__
    Santana Torres Hiracheta, Debtor 1

X __/s/ Connie Jean Hiracheta__
    Connie Jean Hiracheta, Debtor 2

Date __05/15/2019__
      MM / DD / YYYY

Date __05/15/2019__
      MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Santana** | **Torres** | **Hiracheta** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Connie** | **Jean** | **Hiracheta** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Santana Torres Hiracheta**

Debtor 2    **Connie Jean Hiracheta**                                    Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |
| **For the last calendar year:**<br>(January 1 to December 31, **2018** )<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017** )<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $0.00 |

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income**<br>**from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | **Social Security Income** | $4,435.00 | **Social Security Income**<br>**Daugther's Social Securit** | $4,465.00<br>$780.00 |
| **For the last calendar year:**<br>(January 1 to December 31, **2018** )<br>YYYY | **Social Security Income** | $10,644.00 | **Social Security Income**<br>**Daugther's Social Securit** | $10,428.00<br>$1,920.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017** )<br>YYYY | **Social Security Income** | $10,200.00 | **Social Security Income**<br>**Daugther's Social Securit** | $10,320.00<br>$1,900.00 |

Debtor 1    **Santana Torres Hiracheta**
Debtor 2    **Connie Jean Hiracheta**

Case number (if known) _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐    No.  Go to line 7.

☐    Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑    No.  Go to line 7.

☐    Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑    No
☐    Yes.  List all payments to an insider.

8.    **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑    No
☐    Yes.  List all payments that benefited an insider.

Debtor 1   **Santana Torres Hiracheta**

Debtor 2   **Connie Jean Hiracheta** _____   Case number (if known) _____

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Target National Bank vs. Santana Hiracheta** | **Breach of Contract** | **Fort Bend County at Law 2**<br>Court Name<br>**1422 Eugene Heimann Circle**<br>Number    Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number  **18-CCV-063585** | | **Richmond          TX       77469**<br>City                    State     ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes.  Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☑ No
    ☐ Yes.  Fill in the details for each gift or contribution.

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**                                     Case number (if known) _____

---

| **Part 6:** | **List Certain Losses** |

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

---

| **Part 7:** | **List Certain Payments or Transfers** |

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Acosta Law, P.C.**<br>Person Who Was Paid<br><br>**13831 NW Fwy**<br>Number     Street<br><br>**Suite 400**<br><br>**Houston          TX     77040**<br>City                    State    ZIP Code<br><br>**alex@acostalaw.us**<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | **$2,531.10 - Attorney Fees**<br>**$335.00 - Court Filing Fee**<br>**$66.00 - Credit Reports**<br>**$14.95 - Credit Counseling**<br>**$9.95 - Pre-Discharge Course** | **5/15/2019** | **$2,957.00** |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

---

Debtor 1    **Santana Torres Hiracheta**

Debtor 2    **Connie Jean Hiracheta**                                    Case number (if known) _____

---

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

---

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |

**23. Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

---

| **Part 10:** | **Give Details About Environmental Information** |

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

---

Debtor 1    **Santana Torres Hiracheta**
Debtor 2    **Connie Jean Hiracheta**                                        Case number (if known) _____

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

---

### Part 11:    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No.  None of the above applies.  Go to Part 12.
☐ Yes.  Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes.  Fill in the details below.

---

### Part 12:    Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Santana Torres Hiracheta**             X **/s/ Connie Jean Hiracheta**
Santana Torres Hiracheta, Debtor 1              Connie Jean Hiracheta, Debtor 2

Date    **05/15/2019**                          Date    **05/15/2019**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

---

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|     |       |                      |
|-----|-------|----------------------|
|     | $245  | filing fee           |
|     | $75   | administrative fee   |
| +   | $15   | trustee surcharge    |
|     | $335  | total fee            |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount.  You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7.  This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2).  The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors.  If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code.  If a motion is filed, the court will decide if your case should be dismissed.  To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property.  The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.*  Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic.  To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C).  If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

### Chapter 11:  Reorganization

|   |          |                    |
|---|----------|--------------------|
|   | $1,167   | filing fee         |
| **+** | $550 | administrative fee |
|   | $1,717   | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals.  The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12:  Repayment plan for family farmers or fishermen

|   | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|   | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re **Santana Torres Hiracheta**             Case No. _____
      **Connie Jean Hiracheta**

                                        Chapter   **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................Fixed Fee:    **$2,531.10**

   Prior to the filing of this statement I have received.........................................    **$2,531.10**

   Balance Due............................................................................................    **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor             ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor             ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **05/15/2019** | **/s/ Alex Olmedo Acosta** | |
| --- | --- | --- |
| *Date* | *Alex Olmedo Acosta* | Bar No.  00798021 |
| | Acosta Law P.C. | |
| | One Northwest Centre | |
| | 13831 Noethwest Freeway Suite 400 | |
| | Houston, TX 77040 | |
| | Phone: (713) 980-9014 / Fax: (713) 583-9554 | |

---

 **/s/ Santana Torres Hiracheta**

*Santana Torres Hiracheta*

 **/s/ Connie Jean Hiracheta**

*Connie Jean Hiracheta*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Santana Torres Hiracheta**                                          CASE NO
        **Connie Jean Hiracheta**

                                                              CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/15/2019 _____                Signature   **/s/ Santana Torres Hiracheta**
                                                                      *Santana Torres Hiracheta*

Date  5/15/2019 _____                Signature   **/s/ Connie Jean Hiracheta**
                                                                      *Connie Jean Hiracheta*

Debtor(s): **Santana Torres Hiracheta**   Case No:   **SOUTHERN DISTRICT OF TEXAS**
**Connie Jean Hiracheta**   Chapter: **7**   **HOUSTON DIVISION**

| | | |
|---|---|---|
| Account Resolution Services<br>Attn: Bankruptcy<br>PO Box 459079<br>Sunrise, FL 33345 | CDI Affiliated Service<br>Attn: Banktruptcy<br>PO Box 4068<br>Boise, ID 83711 | Comenitycapital/fFe21<br>Attn: Bankruptcy Dept<br>PO Box 182125<br>Columbus, OH 43218 |
| Ally Financial<br>Attn: Bankruptcy Dept<br>PO Box 380901<br>Bloomington, MN 55438 | Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | Conn's HomePlus<br>Attn: Bankruptcy Dept<br>PO Box 2358<br>Beaumont, TX 77704 |
| Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998 | CITI<br>PO Box 790040<br>St. Louis, MO 63179 | Costco Go Anywhere Citicard<br>Citicorp Credit Services/Centra<br>PO Box 790040<br>St. Louis, MO 64195 |
| ARS National Services, inc<br>P.O. Box 469100<br>Escondido, CA 92046-3023 | Citi Cards<br>PO Box 9001016<br>Louisville, KY 40290-1016 | Credit Control, LLC<br>PO Box 546<br>Hazelwood, MO 63042-0546 |
| Avante<br>3600 South Gessner Road<br>Ste 225<br>Houston, TX 77063 | Citibank/The Home Depot<br>Attn: Recovery/Centralized Bank<br>PO Box 790034<br>St Louis, MO 63179 | Credit Corp Solutions, Inc.<br>180 Election Rd, Ste 200<br>Draper, UT 84020 |
| Bank Of America<br>4909 Savarese Circle<br>FL1-908-01-50<br>Tampa, FL 33634 | CitiFinancial<br>Attn: Bankruptcy<br>605 Munn Rd<br>Fort Mill, SC 29715 | Credit Systems International, I<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 |
| Best Buy<br>PO BOX 790441<br>St. Louis, MO 63179 | Client Services Inc<br>3451 Harry S. Truman<br>Saint Charles, MO 63301 | Dillards Card Srvs/Wells Fargo<br>PO Box 10347<br>Des Moines, IA 50306 |
| Capital Management Services, LP<br>698 1/2 South Ogden St<br>Buffalo, NY 14206 | CMRE Financial Services<br>Attn: Bankruptcy<br>3075 E Imperial Hwy  Ste 200<br>Brea, CA 92811 | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | Comenity Bank/Palais Royal<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218 | Exxonmobile<br>PO Box 78072<br>Phoeniz, AZ 85062 |
| Carolyn Prazak<br>1302 4th St<br>Rosenberg, TX 77471 | Comenity Capital Bank<br>PO Box 183003<br>Columbus, OH 43218-3003 | FMS<br>PO Box 707600<br>Tulsa, OK 74170 |

Debtor(s): **Santana Torres Hiracheta**  Case No:  **SOUTHERN DISTRICT OF TEXAS**
**Connie Jean Hiracheta**  Chapter: **7**  **HOUSTON DIVISION**

| | | |
|---|---|---|
| Hillcrest Davidson & A<br>Attn: Bankruptcy<br>715 N Glenville - Suite 450<br>Richardson, TX 75081 | Nissan Motor Acceptance<br>Attn: Bankruptcy Dept<br>PO Box 660360<br>Dallas, TX 75266 | State Farm Bank<br>Attn: Bankrupcty<br>PO Box 2327<br>Bloomington, IL 61702 |
| I C System Inc<br>Attn: Bankruptcy<br>P.O. Box 64378<br>St. Paul, MN 55164 | NTB Credit Plan<br>PO Box 9001006<br>Louisville, KY 40290-1006 | Sunbelt Credit<br>Attn: Bankruptcy<br>208 E. Main St.<br>Spartanburg, SC 28306 |
| Internal Revenue Service<br>Centralized Insolvency Operatio<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Portfolio Recovery<br>PO Box 41021<br>Norfolk, VA 23541 | Synchrony Bank/ Dick Sporting G<br>Attn: Bankruptcy<br>PO Box 956060<br>Orlando, FL 32896 |
| Kohl's<br>PO Box 2983<br>Milwaukee, WI 53201-2983 | Portfolio Recovery<br>PO Box 12914<br>Norfolk, VA 23541 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>PO Box 956060<br>Orlando, FL 32896 |
| Kohls/Capital One<br>Kohls Credit<br>PO Box 3120<br>Milwaukee, WI 53201 | Radius Global Solutions, LLC<br>PO Box 390905<br>Minneapolis, MN 55439 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>PO Box 965060<br>Orlando, FL 32896 |
| Macy's<br>PO Box 78008<br>Phoeniz, AZ 85062-8008 | Radius Global Solutions, LLC<br>PO Box 390846<br>Minneapolis, MN 55439 | Synchrony Bank/Chevron<br>Attn:  Bankruptcy Dept<br>PO Box 965060<br>Orlando, FL 32896 |
| Merchants & Medical<br>Credit Corporation, Inc.<br>6324 Taylor Dr<br>Flint, MI 48507 | Rausch, Sturm, Israel, Enerson<br>15660 North Dallas Parkway, Ste<br>Dallas, TX 75248 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896 |
| Midland Credit Mgmt<br>PO Box 13105<br>Roanoke, VA 24031-3105 | Rausch, Sturm, Israel, Enerson<br>250 N. Sunnyslope Rd, Ste. 300<br>Brookfield, WI 53005 | Synchrony Bank/Sams<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896 |
| Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108 | Sears Credit Card<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 | Synchrony Bank/TJX<br>Attn:  Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896 |
| Monarch Recovery Management, In<br>3260 Tillman Dr, Ste 75<br>Bensalem, PA 19020 | Shell<br>PO BOX 6406<br>Sioux Falls, SD 57117 | Synchrony Bank/Walmart<br>Attn:  Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896 |

Debtor(s):  **Santana Torres Hiracheta**
              **Connie Jean Hiracheta**
Case No:
Chapter:  **7**
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
Synergetic Communication, Inc.
5450 NW Central, Ste 220
Houston, TX 77092



Synerprise Consulting Services,
Attn: Bankruptcy
5651 Broadmoor St
Mission, KS 66202



Target
Attn: Bankruptcy
PO Box 9475
Minneapolis, MN 55440



United Collection Bureau, Inc.
5620 Southwyck Blvd.
Suite 206
Toledo, OH 43614



Visa Dept Store National Bank/M
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040



Wells Fargo Bank
Attn: Bankruptcy Dept
PO Box 6429
Greenville, SC 29606



Wells Fargo Bank
MAC N8235-040
7000 Vista Dr
West Des Moines, IA 50266
```

<table>
<tr><td colspan="2"><b>Fill in this information to identify your case:</b></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Santana** | **Torres** | **Hiracheta** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Connie** | **Jean** | **Hiracheta** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1
## Chapter 7 Statement of Your Current Monthly Income          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**                                         Case number (if known) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5.    Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 |  |  |  |
| Ordinary and necessary operating expenses  — | $0.00  — | $0.00 |  |  |  |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here ➔ | $0.00 | $0.00 |

**6.    Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 |  |  |  |
| Ordinary and necessary operating expenses  — | $0.00  — | $0.00 |  |  |  |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here ➔ | $0.00 | $0.00 |

**7.    Interest, dividends, and royalties** — $0.00 — $0.00

**8.    Unemployment compensation** — $0.00 — $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you.............................................................................. $0.00

For your spouse.................................................................. $0.00

**9.    Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act. — $0.00 — $0.00

**10.   Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

**Daugther's SSI - $156.00 per month** _____ $0.00

**Social Security - $887.00 monthly** $0.00 _____

Total amounts from separate pages, if any. +  _____  + $0.00

**11.   Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$0.00 + $0.00 = $0.00

**Total current monthly income**

Debtor 1   **Santana Torres Hiracheta**
Debtor 2   **Connie Jean Hiracheta**                          Case number (if known) _____

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12.** **Calculate your current monthly income for the year.** Follow these steps:

    12a.  Copy your total current monthly income from line 11........................................................**Copy line 11 here** ➔ 12a. | **$0.00**

           Multiply by 12 (the number of months in a year).                                  **X    12**

    12b.  The result is your annual income for this part of the form.                12b. | **$0.00**

**13.** **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.              | **Texas**

    Fill in the number of people in your household.    | **3**

    Fill in the median family income for your state and size of household.............................................. 13. | **$72,271.00**

    To find a list of applicable median income amounts, go online using the link specified in the separate
    instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14.** **How do the lines compare?**

    14a.  ☑  Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
             Go to Part 3.

    14b.  ☐  Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
             Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Santana Torres Hiracheta** _____      **X** **/s/ Connie Jean Hiracheta** _____
    Santana Torres Hiracheta, Debtor 1                    Connie Jean Hiracheta, Debtor 2

    Date  **5/15/2019**_____                 Date  **5/15/2019**_____
           MM / DD / YYYY                          MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Debtor 1    **Santana Torres Hiracheta**
Debtor 2    **Connie Jean Hiracheta**                                    Case number (if known) _____

**10.  Income from all other sources not listed above (continued):**

| Debtor 1 / Debtor 2 | Description | Average Monthly Amount |
|---|---|---|
| **Debtor 2** | **Social Security - $893.00 monthly** | **$0.00** |