IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § § | |
| SANTANA TORRES HIRACHETA § | CASE No. 19-32757 |
| CONNIE JEAN HIRACHETA § § | |
| § | (Chapter 7) |
| DEBTOR(S) § | |

**NOTICE OF RESET CREDITORS MEETING**

PLEASE TAKE NOTICE, that a Reset Creditors Meeting has been scheduled on June 27, 2019 at 12:00 pm at the Federal Court House, located at 515 Rusk, Suite 3401, Houston, Texas 77002.

Respectfully submitted,

/s/ Alex Olmedo Acosta
Alex O. Acosta
Acosta Law P.C.
State Bar No. 00798021
One Northwest Centre
13831 Northwest Freeway, Suite 400
Houston, TX 77040
(713) 980-9014 - Phone
(713) 583-9554 - Fax

## CERTIFICATE OF SERVICE

This is to certify on June 18, 2019 that a true and correct copy of the above and foregoing Notice of Rescheduled Meeting of Creditors has been forwarded through the U.S. First Class Mail, properly stamped and addressed to the following parties of interest:

United States Trustee  (via electronic notice)
515 Rusk, Suite 3516
Houston, Texas   77002

Janet S Casciato-Northrup     (via electronic notice)
Hughes Watters and Askanase
1201 Louisiana
28th Floor
Houston, TX 77002

Santana Torres Hiracheta and Connie Jean Hiracheta (via regular class mail)
1302 4th St.
Rosenberg, TX 77471

And all other parties on attached service list

Respectfully submitted,

/s/ Alex Olmedo Acosta
Alex O. Acosta
Acosta Law P.C.
State Bar No. 00798021
One Northwest Centre
13831 Northwest Freeway, Suite 400
Houston, TX 77040
(713) 980-9014 - Phone
(713) 583-9554 - Fax